IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JACOB ANDREW HERRINGTON,

    Petitioner,

v.                                                                         Civil Action No. **3:21CV71**

STATE OF VIRGINIA, *et al.*,

    Respondents.

## MEMORANDUM OPINION

Petitioner, a Virginia pretrial detainee proceeding *pro se*, submitted this 28 U.S.C. § 2241 petition. By Memorandum Order entered on March 15, 2021, the Court conditionally docketed the petition and ordered the Petitioner to either pay the filing fee or complete and return the enclosed *in forma pauperis* affidavit within fifteen (15) days. (ECF No. 3.) On March 26, 2021, the United States Postal Service returned the March 15, 2021 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Inmate Released." (ECF No. 4.) Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to keep the Court advised as to his current address indicates his lack of interest in prosecuting the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. A certificate of appealability will be DENIED.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                     /s/
                                                      John A. Gibney, Jr.
                                                      United States District Judge

Date: 12 April 2021
Richmond, Virginia